IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE,<br><br>      Plaintiff,<br><br>  v.<br><br>NOBLE DEBS PLANT JT.,<br><br>      Defendant.<br>                                    / | No. C 04-01291 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 2, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 28, 2006.

DESIGNATION OF EXPERTS: 1/20/06; REBUTTAL: 2/10/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 28, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by March 17, 2006;

    Opp. Due March 31, 2006;  Reply Due April 7, 2006;

    and set for hearing no later than April 21, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 23, 2006 at 3:30 PM.

JURY TRIAL DATE: June 5, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur before November 18, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/22/05

                                                              SUSAN ILLSTON
                                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE,<br><br>        Plaintiff,<br><br>  v.<br><br>NOBLE DEBS PLANT JT.,<br><br>        Defendant.<br>_____/ | No. C 04-01291 SI<br><br>**PRETRIAL PREPARATION ORDER** |

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 2, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 28, 2006.

DESIGNATION OF EXPERTS: 1/20/06; REBUTTAL: 2/10/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 28, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by March 17, 2006;

    Opp. Due March 31, 2006; Reply Due April 7, 2006;

    and set for hearing no later than April 21, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 23, 2006 at 3:30 PM.

JURY TRIAL DATE: June 5, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur before November 18, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/22/05

                                                        SUSAN ILLSTON
                                                        United States District Judge