IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NOBLE DEBS PLANT JT.,<br><br>　　　　　　Defendant.　　　　　／ | No. C 04-01291 SI<br><br>**Second**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS **SHALL** be filed by August 25, 2006;

　Opp. Due September 8, 2006; Reply Due September 15, 2006;

　and set for hearing no later than September 29, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 17, 2006 at 3:30 PM.

JURY TRIAL DATE: November 6, 2006 at 8:30 AM.,
　Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/21/06

　　　　　　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge