BARRY E. HINKLE, Bar No. 071223
ALAN G. CROWLEY, Bar No. 203438
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., Plaintiffs, v. NOBLE DEBS PLANT, JR., individually and doing business as TRIANGLE ENGINEERING; and ELEANOR PLANT, individually, Defendants. | No. C 04-1291 SI<br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel the above captioned matter be and hereby is dismissed with prejudice pursuant to F.R.C.P. § 41(a)(1).

| | |
|---|---|
| Dated: ______________, 2006 | Dated: 10-3, 2006 |
| By: ______________<br>Wayne McBride, Collection Manager<br>Operating Engineers Local Union No. 3 Trust Funds – Multi Services | By: [signature]<br>Noble "Bud" Plant Jr., Individually, and for Triangle Engineering |

10/02/06 08:02 FAX 9169251265 Meegan, Hanschu & Kassen 003
10/05/06 10:59 FAX 9169251265 Meegan, Hanschu & Kassen 002

BARRY E. HINKLE, Bar No. 071223
ALAN G. CROWLEY, Bar No. 203438
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NOBLE DEBS PLANT, JR., individually and doing business as TRIANGLE ENGINEERING; and ELEANOR PLANT, individually,<br><br>Defendants. | No. C 04-1291 SI<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel the above captioned matter be and hereby is dismissed with prejudice pursuant to F.R.C.P. § 41(a)(1).

| | |
|---|---|
| Dated: Oct 6, 2006<br><br>By: [signature]<br>Wayne McBride, Collection Manager<br>Operating Engineers Local Union No. 3 Trust Funds – Multi Services | Dated: ____________, 2006<br><br>By: ____________<br>Noble "Bud" Plant Jr., Individually, and for Triangle Engineering |

Dated: 10-6-06, 2006

By: [signature]
Alan G. Crowley
Attorney for Operating Engineers Local Union No. 3 Trust Funds – Multi Services

Dated: 10-3-, 2006

By: [signature]
Eleanor Plant, Individually, and for Triangle Engineering

Dated: 10-3, 2006

By: [signature]
Triangle Engineering by and through Noble D. Plant

Dated: 9-29, 2006

By: [signature]
Peter J. Pullen
Attorney for Eleanor Plant, Noble D. Plant, and Triangle Engineering

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

[signature]
Judge Susan Illston

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

10/05/06 11:00 FAX 9169251265 Meegan, Hanschu & Kassen 003